UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHILIPPE BUHANNIC,

                                  Plaintiff,

      -against-                                            19 **CIVIL** 10650 (ER)

                                                          **JUDGMENT**

TRADINGSCREEN INC, PIERRE
SCHROEDER, PIERO GRANDI, FRANK
PLACENTI, ROBERT TRUDEAU, JAY HOAG,
RICK KIMBALL, BRUCE ROSENTHAL,
PETER NEGER, JOHN VASSOS, STEPHEN
RADIN, *and* DAVID POLAK,

                                  Defendants.
-----------------------------------------------------------X
PHILIPPE BUHANNIC *and*
TRADINGSCREEN SHAREHOLDERS
ASSOCIATION,

                                  Plaintiffs,

     -against-                                            20 **CIVIL** 3421 (ER)

TRADINGSCREEN INC, PIERRE
SCHROEDER, PIERO GRANDI, FRANK
PLACENTI, ROBERT TRUDEAU, TCI VI,
L.P., *and* TCV MEMBER FUND L.P.,

                                  Defendants.
-----------------------------------------------------------X
PHILIPPE BUHANNIC,

                                  Plaintiff,

     -against-                                            20 **CIVIL** 4671 (ER)

TRADINGSCREEN INC, PIERRE
SCHROEDER, PIERO GRANDI, FRANK
PLACENTI, ROBERT TRUDEAU, TCI VI,
L.P., TCV MEMBER FUND L.P., JAY HOAG,
*and* RICK KIMBALL,

                                  Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 20, 2020, Buhannic's motion for this Court to recuse itself in No. 19 Civ. 10650 is DENIED; the defendants' motions to dismiss that case is GRANTED; the Court additionally DISMISSES Nos. 20 Civ. 3421 and 20 Civ. 4671, *sua sponte*; Finally, the Court GRANTS defendants' motions for an anti-filing injunction and ORDERS as follows:

> Buhannic is barred from filing future actions in this District relating to, or arising from, his termination as CEO of TradingScreen, status as a director of TradingScreen, or ownership of shares in TradingScreen without first obtaining leave to file from this Court.
>
> Buhannic may continue to prosecute any pending actions, and he may appeal this Opinion and Order.
>
> Any motion for leave to file must be captioned "Application Pursuant to Court Order Seeking Leave to File." Buhannic must attach a copy of his proposed complaint and attach a copy of this Opinion and Order with any such motion. The motion must be filed with the *Pro Se* Intake Unit of the Southern District.
>
> Should Buhannic violate this Opinion and Order and file an action without first obtaining leave to file, the action will be dismissed for failure to comply with this Opinion and Order and Buhannic may be subject to sanctions, including contempt.
>
> *See Ranasinghe v. Kennell,* 16 Civ. 2170 (JMF), 2017 WL 384357 (S.D.N.Y. Jan. 25, 2017), *aff'd*, 718 F. App'x 82 (2d Cir. 2018).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); accordingly,19 Civ. 10650, 20 Civ. 3421, and 20 Civ. 4671 are closed.

**Dated:**  New York, New York
July 20, 2020

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:**
_____
**Deputy Clerk**